IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANA BERTHA MORENO MARTINEZ,
LIZBETH MAGALLANES CASTRO, INDIVIDUALLY,
AND CHRISTIAN ANTONIO DE LA ROSA MORENO
AND LIZBETH MAGALLANES CASTRO, AS PARENTS
AND NEXT FRIENDS OF THEIR MINOR CHILD,
LESLIE JANET DE LA ROSA MAGALLANES,

    Plaintiffs,

vs.                                            No. 10-CV-56  JH/LFG

VIRGIL COX, JR., AND
CALHOMA TRANSPORTATION, INC.,

    Defendants.

### ORDER EXCUSING DEFENDANT CALHOMA TRANSPORTATION, INC. FROM ATTENDING SETTLEMENT FACILITATION

**THIS MATTER** having come before the Court upon Defendants' Unopposed Motion for an Order Excusing Defendant Calhoma Transportation, Inc. from Attending Settlement Facilitation [Doc. 30], Defendants Virgil Cox, Jr., and Calhoma Transportation, Inc. ("Defendants") through their attorneys, Civerolo, Gralow, Hill & Curtis, P.A. (Lance D. Richards and Kallie D. Kuehl), praying for an Order excusing Defendant Calhoma Transportation, Inc. from attending the November 19, 2010 settlement facilitation of the above-captioned matter, and the Court having read the pleadings and being fully advised in the premises, **FINDS:**

    1.  The Court has jurisdiction over the parties and the subject matter herein;

    2.  The Unopposed Motion for an Order Excusing Calhoma Transportation, Inc. from Attending Settlement Facilitation is well-taken and should be granted.

3. A person will final settlement authority will attend the mediation in person on behalf of the Defendants.

**IT IS THEREFORE ORDERED** that Defendants' Unopposed Motion for Order Excusing Defendant Calhoma Transportation, Inc. From Attending Settlement Facilitation [Doc. 30] is granted, and Defendant Calhoma Transportation, Inc. is excused from attending or participating in the November 19, 2010, settlement facilitation of this matter.

                      *Lorenzo F. Garcia*
                      **LORENZO F. GARCIA**
                      **UNITED STATES MAGISTRATE JUDGE**

**SUBMITTED BY:**

**CIVEROLO, GRALOW, HILL & CURTIS, PA**

By:   Signed by Kallie D. Kuehl 10/7/2010
      Lance D. Richards
      Kallie D. Kuehl
      *Attorneys for Defendants*
      P.O. Drawer 887
      Albuquerque, NM 87103-0887
      842-8255 (office); 764-6099 (fax)
      kuehlk@civerolo.com

**APPROVED BY:**

*Electronically Approved on October 7, 2010 by:*
Nancy Cronin, Esquire
Duhigg, Cronin, Spring & Berlin
P. O. Box 527
Albuquerque, New Mexico 87103-0527
243-3751 (office)
246-9797 (fax)

13006.008; Cox-ExcuseCalhoma.wpd